

| Downtown Manhattan Office | Midtown Manhattan Office | Newark Office |
| --- | --- | --- |
| One World Trade Center, 85th Floor | 825 Third Avenue, Suite 2100 | One Gateway Center, Suite 2600 |
| New York, New York 10007 | New York, New York 10022 | Newark, New Jersey 07102 |
| Philadelphia Office | Boston Office | Orlando Office |
| 1650 Market Street, Suite 3600 | 225 Franklin Street, 26th Floor | 300 N. New York Avenue, Suite 832 |
| Philadelphia, Pennsylvania 19103 | Boston, Massachusetts 02110 | Winter Park, Florida 32790 |

January 13, 2026

<u>Via ECF</u>
Hon. Mary Kay Vyskocil
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:  Towns v. Beautiful Disaster
         25 CV 7839 (MKV)

Dear Judge Vyskocil:

  We represent the Plaintiff in this action. We apologize for not informing the Court that we have been engaged with counsel for the Defendant during the past month in an attempt to settle this matter.  We are pleased to inform Your Honor that this matter has been settled in principle, and a stipulation of dismissal will be forthcoming shortly.

  Thank you for your patience.

               Sincerely,
               <u>/s/ Robert L. Schonfeld</u>
               Robert L. Schonfeld

Cc:  Staci Trager, Esq.